# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1964
LT Case No. 2018-304877-CFDB

_____

DAVID LEE DAVIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
A. Christian Miller, Judge.

David Lee Davis, Monticello, pro se.

No Appearance for Appellee.

March 5, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____